IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JUSTIN SCHNEIDER,<br>individually and on the behalf of<br>THE ESTATE OF WENDY SCHNEIDER<br><br>Plaintiff,<br><br>v.<br><br>SIG SAUER, INC.,<br><br>Defendant. | Civil Action No.: 1:20-cv-01190-LM |

## JOINT STATUS REPORT FOR DISCOVERY

COMES NOW, Plaintiff and Defendants, through their undersigned counsel, submit the following Joint Status Report for Discovery as required by the Court stating as follows:

The parties anticipate completing discovery by the June 1, 2022, discovery deadline.

The plaintiff has served responses to interrogatories and document production requests propounded by the defendant and has been deposed by the defendant.

The defendant has served responses to interrogatories and document production requests propounded by the plaintiff.

Defendant has begun taking non-party depositions.  There are several more depositions the parties are working on scheduling.

The plaintiff has disclosed expert witnesses and reports.

The defendant intends to disclose experts and reports by no later than April 5, 2022.

Respectfully submitted,

JUSTIN SCHNEIDER,
By his attorneys,

Dated:  April 5, 2022                    /s/ Benjamin T. King
                                         Benjamin T. King, NH Bar #12888
                                         Douglas, Leonard & Garvey,
                                         P.C.14 South Street, Suite 5
                                         Concord, NH 03301
                                         (603) 224-1988
                                         benjamin@nhlawoffice.com


Dated:  April 5, 2022                    /s/R. Scott Reisch
                                         R. Scott Reisch, *pro hac vice*, CO Bar #26892
                                         Matthew A. Schultz, *pro hac vice*, CO Bar #45461
                                         Jessica L. Hays, *pro hac vice*, CO Bar #53905 The
                                         Reisch Law Firm, LLC
                                         1490 West 121st Avenue, Suite 202
                                         Denver, CO 80234
                                         (303) 291-0555
                                         jessica@reischlawfirm.com
                                         scott@reischlawfirm.com


Dated: April 5, 2022                     /s/ Jeffrey S. Bagnell
                                         Jeffrey S. Bagnell, *pro hac vice*, CT Bar
                                         #408159Jeffrey S. Bagnell, Esq., LLC
                                         55 Greens Farm Road, #200-60
                                         Westport, CT 06880
                                         (203) 984-8820
                                         jeff@bagnell-law.com

                                         and

                                         SIG SAUER, INC.
                                         By its attorneys,

Dated:  April 5, 2022                    /s/Mark V. Franco
                                         Mark V. Franco, NH Bar #16708
                                         Drummond Woodsum
                                         84 Marginal Way, Suite 600
                                         Portland, ME 04101
                                         (207) 772-1941
                                         mfranco@dwmlaw.com

Dated:  April 5, 2022

/s/ B. Keith Gibson
B. Keith Gibson, NY Bar #4176244
*pro hac vice forthcoming*
Littleton Park Joyce Ughetta & Kelly
LLPThe Centre at Purchase
4 Manhattanville Road, Suite 202
Purchase, NY 10577
(914) 417-3400
keith.gibson@littletonpark.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **JOINT STATUS REPORT FOR DISCOVERY** has been electronically served through ECF this 5th day of April, 2022, to all counsel of record.

/s/ Cassandra Long
Cassandra Long