IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JUSTIN SCHNEIDER,<br>individually and on the behalf of<br>THE ESTATE OF WENDY SCHNEIDER<br><br>Plaintiff,<br><br>v.<br><br>SIG SAUER, INC.,<br><br>Defendant. | Civil Action No.: 1:20-cv-01190-LM |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Justin Schneider and Defendant Sig Sauer, INC., hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully submitted,

JUSTIN SCHNEIDER,
By his attorneys,

Dated:  May 24, 2022

/s/ Benjamin T. King
Benjamin T. King, NH Bar #12888
Douglas, Leonard & Garvey,
P.C.14 South Street, Suite 5
Concord, NH 03301
(603) 224-1988
benjamin@nhlawoffice.com

| | |
|---|---|
| Dated:  May 24, 2022 | /s/R. Scott Reisch<br>R. Scott Reisch, *pro hac vice*, CO Bar #26892<br>Matthew A. Schultz, *pro hac vice*, CO Bar #45461Jessica L. Hays, *pro hac vice*, CO Bar #53905 The Reisch Law Firm, LLC<br>1490 West 121st Avenue, Suite 202<br>Denver, CO 80234<br>(303) 291-0555<br>jessica@reischlawfirm.com |
| Dated: May 24, 2022 | /s/ Jeffrey S. Bagnell<br>Jeffrey S. Bagnell, *pro hac vice*, CT Bar #408159<br>Jeffrey S. Bagnell, Esq., LLC<br>55 Greens Farm Road, #200-60<br>Westport, CT 06880<br>(203) 984-8820<br>jeff@bagnell-law.com |

and

SIG SAUER, INC.
By its attorneys,

| | |
|---|---|
| Dated:  May 24, 2022 | /s/Mark V. Franco<br>Mark V. Franco, NH Bar #16708<br>Drummond Woodsum<br>84 Marginal Way, Suite 600<br>Portland, ME 04101<br>(207) 772-1941<br>mfranco@dwmlaw.com |
| Dated:  May 24, 2022 | /s/ B. Keith Gibson<br>B. Keith Gibson, *pro hac vice* NY Bar #4176244<br>Littleton Park Joyce Ughetta & Kelly LLPThe Centre at Purchase<br>4 Manhattanville Road, Suite 202<br>Purchase, NY 10577<br>(914) 417-3400<br>keith.gibson@littletonpark.com |

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** has been electronically served through ECF this 24th day of May, 2022, to all counsel of record.

/s/ Cassandra Long
Cassandra Long